IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ELIZABETH DOAN, AS EXECUTRIX OF THE ESTATE OF RICHARD A. DOAN, DECEASED, AND ELIZABETH DOAN, INVIDIUALLY AND AS HEIR OF RICHARD A. DOAN, DECEASED, | § | |
| *Plaintiff*, | § | |
| v. | § | Civil Action No. 5:22cv00814 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| *Defendant*. | § | |

**DEFENDANT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1441(a), Defendant The Lincoln National Life Insurance Company ("Defendant") hereby removes the Petition filed by Plaintiffs Elizabeth Doan, as Executrix of the Estate of Richard A. Doan, Deceased, and Elizabeth Doan, Individually and as Heir of Richard A. Doan, Deceased ("Plaintiffs") in the 37th Judicial District Court of Bexar County, Texas as follows:

**FACTUAL BACKGROUND**

On June 21, 2022, Plaintiffs filed a petition in an action entitled *Elizabeth Doan, as Executrix of the Estate of Richard A. Doan, Deceased, and Elizabeth Doan, Individually and as Heir of Richard A. Doan, Deceased v. The Lincoln National Life Insurance Company*; in the 37th Judicial District Court of Bexar County, Texas; Cause No. 2022CI11472 (the "State Action"). True and correct copies of Plaintiff's Original Petition (the "Petition"), any other pleadings or orders on file in this action, and all process and pleadings in the State Action, including the docket sheet, are attached hereto as Exhibits A through D. Defendant was served with process in

the State Action through Corporation Service Company on July 7, 2022, and this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

**GROUNDS FOR REMOVAL**

As grounds for removal, the Defendant asserts that there is complete diversity of citizenship and the amount in controversy is more than $75,000, rendering this action under the original jurisdiction of the Court pursuant to 28 U.S.C. § 1332. Removal of this action to this Court is authorized pursuant to 28 U.S.C. §§ 1441 and 1446.

1. This Court's subject matter jurisdiction is based upon diversity of citizenship pursuant to 28 U.S.C. § 1332. Removal of this action to this Court is authorized pursuant to 28 U.S.C. §§ 1441 and 1446.

2. Diversity of citizenship pursuant to 28 U.S.C. § 1332 requires that complete diversity exists between Plaintiff and Defendant and that the amount in controversy be greater than $75,000. Plaintiff, as alleged in the Petition is asserting claims in excess of $75,000[1] by her Petition.

3. The Complaint also states that Plaintiff, in both her individual capacity and as Executrix of the Estate, resides in San Antonio, Bexar County, Texas.[2] Defendant is a foreign corporation incorporated under the laws of the State of Indiana[3] and has its principal place of business in Fort Wayne, Indiana. Therefore, complete diversity exists between the Plaintiff and Defendant.

4. Plaintiff is seeking benefits allegedly due under a group life insurance policy (the "Life Policy") issued by Defendant to the City of Universal City ("Universal City").[4] The Petition alleges that Plaintiff's spouse, Richard A. Doan (the "Decedent"), acquired the Life

---

1 *See* the first unnumbered Paragraph under section IV of Plaintiff's Petition attached as Exhibit A.
2 *See* the first unnumbered Paragraph under section III of Plaintiff's Petition attached as Exhibit A.
3 *See* the second unnumbered Paragraph under section III of Plaintiff's Petition attached as Exhibit A.
4 *See* the second unnumbered Paragraph under section IV of Plaintiff's Petition attached as Exhibit A.

Policy through his employer, Universal City, and that Plaintiff seeks monetary relief in excess of two hundred and fifty thousand dollars ($250,000.00).[5] Plaintiff also seeks recovery for statutory and special damages, including, but not limited, to additional statutory damages, treble damages, expenses, attorneys' fees,[6] and pre- and post-judgment interest. [7]

5. The Petition establishes that it is facially apparent from the allegations contained therein that Plaintiff's claims against Defendant exceed $75,000. Therefore, the amount in controversy requirement of 28 U.S.C. § 1332 for purposes of this Notice of Removal has been met.

6. Removal of this matter is timely pursuant to 28 U.S.C. § 1446. This Notice of Removal has been filed within thirty (30) days of service of process upon the first served Defendant.

7. By filing this Notice of Removal, Defendant does not waive its right to assert any defenses and/or objections to which it is entitled.

Concurrent with the filing of this Notice of Removal, Defendant has filed a Notice of Filing of Notice of Removal with the Court in the State Action in the form attached hereto as Exhibit "E."

The following is a list of counsel of record:

Counsel for Plaintiff:

Sylvan S. Lang, Jr., Esq.
Email: sylvan@langfirm.com
Brian M. Dennis, Esq.
Email: brian@langfirm.com
Timothy "Tim" R. Burton
Email: tim@langfirm.com
LANG LAW FIRM, P.C.

Counsel for Defendant:

Iwana Rademaekers, Esq.
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

---

5 *See* the first and second unnumbered Paragraphs under section IV of Plaintiff's Petition attached as Exhibit A.
6 *See* the last two unnumbered Paragraphs under section VI of the Petition and the PRAYER of the Petition attached as Exhibit "A".
7 *See* the PRAYER of the Petition attached as Exhibit "A".

10500 Heritage Blvd, Ste 200
San Antonio, Texas 78216

Respectfully submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
Texas Bar No. 16452560

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **DEFENDANT'S NOTICE OF REMOVAL** was forwarded by US Priority Mail, Delivery Confirmation requested, on the 27th day of July 2022, to the following counsel of record:

Sylvan S. Lang, Jr., Esq.
Email: sylvan@langfirm.com
Brian M. Dennis, Esq.
Email: brian@langfirm.com
Timothy "Tim" R. Burton
Email: tim@langfirm.com
LANG LAW FIRM, P.C.
10500 Heritage Blvd, Ste 200
San Antonio, Texas 78216

July 27, 2022
Date

/s/ Iwana Rademaekers
Iwana Rademaekers

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ELIZABETH DOAN, AS EXECUTRIX OF THE ESTATE OF RICHARD A. DOAN, DECEASED, AND ELIZABETH DOAN, INVIDIUALLY AND AS HEIR OF RICHARD A. DOAN, DECEASED, | § § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 5:22cv00814 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § § § | |
| *Defendant*. | § | |

**DEFENDANT'S INDEX OF DOCUMENTS FOR REMOVAL**

The following documents have been served or filed in the state court action:

| | |
|---|---|
| Exhibit A | Plaintiff's Original Petition |
| Exhibit B | Citation |
| Exhibit C | Return of Service of Summons |
| Exhibit D | State Court Docket Sheet |
| Exhibit E | State Court Notice of Filing Notice of Removal |